|  |  |
|---|---|
| UNITED STATES OF AMERICA, | § |
| Plaintiff, | § § § |
| - against- | § § |
| REBECA E. LAZZARO, | § § |
| Defendant. | § |

------------------------------------------------------------x

## DEFAULT JUDGMENT

Because Rebeca E. Lazzaro failed to appear to defend this action after having been served with process, it is ordered that a default be entered.

It is adjudged that the United States of America recover from Rebeca E. Lazzaro:

**Claim No. C105-01130**

| | |
|---|---|
| Principal Balance: | $50,602.75 |
| Total Interest Accrued at 9.000%: | $49,522.00 |
| Filing and Service of Process: | ~~$285.00~~ 0 /my |
| ~~Subtotal:~~ | ~~$100,409.75~~ |
| Attorney's Fees: | $_____ |
| Total Owed: | $100,124.75  my |

Post-judgment interest shall be calculated, pursuant to 28 U.S.C. §1961.

Signed: Brooklyn, New York
December 2, 2005

/s/ Robert Heinemann

~~Allyne R. Ross~~  ROBERT C. HEINEMANN
~~United States District Judge~~  CLERK OF COURT